1178

No. 98–987.  HELLER *v.* YANNITELLI ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 98–1020.  RILEY *v.* ST. LOUIS COUNTY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 98–1022.  SMITH *v.* SMITH.  Super. Ct. Pa.  Certiorari denied.

No. 98–1024.  KING *v.* UNITED STATES; and

No. 98–6523.  SMITH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 161 F. 3d 5.

No. 98–1033.  BAIR, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BAIR, ET AL. *v.* HAGANS ET AL.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 98–1034.  LOVENESS ET UX. *v.* ARIZONA DEPARTMENT OF REVENUE.  Ct. App. Ariz.  Certiorari denied.

No. 98–1042.  SMITH *v.* SUPREME COURT OF COLORADO.  C. A. 10th Cir.  Certiorari denied.

No. 98–1047.  KOERNER ET AL. *v.* CRESCENT CITY EMERGENCY MEDICAL SERVICES, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–1049.  ALLINDER *v.* INTER-CITY PRODUCTS CORP. (USA) ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–1051.  BOJEKIAN ET UX. *v.* FORT LEE PLANNING BOARD ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 98–1068.  MAGNOLIA VENTURE CAPITAL CORP. *v.* MISSISSIPPI DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT.  C. A. 5th Cir.  Certiorari denied.

No. 98–1069.  HERNANDEZ *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98–1070.  HARRIS *v.* TEXAS.  Ct. App. Tex., 12th Dist.  Certiorari denied.